Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
MARVIN LOUIS JENNINGS

PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel, Region IX
CHANTAL R. JENKINS
Social Security Administration
Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA  94105
(510) 970-4823
chantal.jenkins@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN LOUIS JENNINGS,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | No.  1:20-cv-01180-SKO<br><br>**STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**<br><br>(Doc. 24) |

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2    attorneys, subject to the approval of the Court, that Marvin Louis Jennings ("Plaintiff") be
3    awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4    the amount of nine thousand four hundred and seven dollars and seventy-seven cents ($9,407.77).
5    This represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6    connection with this civil action, in accordance with 28 U.S.C. §2412 (d).
7    After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8    the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9    *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10   attorney fees are subject to any offset allowed under the United States Department of the
11   Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12   determine whether they are subject to any offset.
13   Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14   that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15   payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16   "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17   made shall be delivered to Plaintiff's counsel.
18   This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19   attorney fees and does not constitute an admission of liability on the part of Defendant under
20   EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21   and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22   and expenses in connection with this action.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

                                      Respectfully submitted,

Dated: April 13, 2022                      NEWEL LAW

                            By:   *Melissa Newel*
                                    Melissa Newel
                                    Attorney for Plaintiff
                                    MARVIN LOUIS JENNINGS

Dated: April 13, 2022                      PHILLIP A. TALBERT
                                    United States Attorney
                                    PETE THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:   Chantal Jenkins*
                                    CHANTAL R. JENKINS
                                    (*Authorized by email dated 04/12/2022)
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)) (the "Stipulation") (Doc. 24),

IT IS HEREBY ORDERED that attorney fees in the amount of nine thousand four hundred and seven dollars and seventy-seven cents ($9,407.77) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **April 14, 2022**                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28